**Order entered January 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00049-CR**

**EX PARTE ANTHONY TYRONE JOHNSON**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-20-1620**

**ORDER**

Appellant has filed a notice of appeal from the trial court's order denying appellant's application for writ of habeas corpus seeking a reduction in bail. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

The clerk's record and reporter's record have been filed. We **ORDER** appellant to file his brief by **February 18, 2021**. We **ORDER** the State to file its brief by **March 11, 2021**. After the briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable David Edgar Rakow, Presiding Judge, 439th Judicial District Court; and counsel for all parties.

/s/    DENNISE GARCIA
       JUSTICE